| Case Number | Case Name | Case Open Date | Case Type | Counsel |
|---|---|---|---|---|
| 1:19-cv-00012-JLS | Schunk v. Flynn et al | 01/02/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00014-LJV | Juste v. Montayne et al | 01/02/19   closed 06/04/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06005-MAT | Griggs v. Miller | 01/02/19   closed 06/06/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06012-CJS-MWP | Debora S. Cole v. Village of Brockport, New York et al | 01/04/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00043-EAW | Ryan v. Freedman et al | 01/07/19   closed 05/20/19 | 440(Civil Rights: Other) | Pro Se |
| 1:19-cv-00054-LJV | Juste v. Clive et al | 01/07/19   closed 06/04/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00056-GWC | Up State Tower Co., LLC, et al v. Town of Cheektowaga | 01/09/19   closed 07/30/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06037-FPG | Jones v. West et al | 01/11/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06040-DGL-MWP | Talyou v. City of James Town et al | 01/11/19   closed 02/25/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00064-LJV | ANDRE v. FIOROTTO et al | 01/11/19   closed 06/04/19 | 440(Civil Rights: Other) | Pro Se |
| 6:19-cv-06044-EAW-MJP | Weldon v. Willis et al | 01/14/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06045-CJS | Telesford v. Piccolo et al | 01/14/19 | 550(Prisoner: Civil Rights) | RETAINED COUNSEL: Jaehyun Oh<br>The Jacob D. Fuchsberg Law Firm, LLP<br>3 Park Avenue<br>Suite 3700<br>New York, NY 10016 |
| 6:19-cv-06051-CJS | Coles v. County of Monroe et al | 01/16/19   closed 02/04/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06055-EAW | Webster v. Gaylor et al | 01/18/19   closed 01/25/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00101-LJV | Ashby v. Roscetti et al | 01/18/19   closed 05/07/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06059-EAW | Hawkins v. Siragusa et al | 01/23/19   closed 04/12/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00120-EAW | Griffin v. Graf et al | 01/24/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06062-CJS | Roy v. Alicia et al | 01/24/19   closed 05/16/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06063-CJS | Roy v. Cadwell et al | 01/24/19   closed 11/26/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06064-DGL | Jones v. Clinton Correctional Facility Medical et al | 01/25/19   closed 06/06/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06065-CJS-MWP | Woodworth v. The County of Steuben et al | 01/25/19   closed 06/12/20 | 440(Civil Rights: Other) | PARTIALLY A PRISON CASE INVOLVING TRANSGENDER RIGHTS: Maria Victoria Fernandez-Gaige<br>Schlather Stumbar Parks & Salk, LLP<br>200 East Buffalo Street<br>P.O. Box 353<br>Ithaca, NY 14851 |
| 1:19-cv-00151-JLS-LGF | Harrison v. Nelson et al | 01/28/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06077-DGL | Baxter v. Wagner | 01/28/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06075-MAT | Long v. Pedilla et al | 01/28/19   closed 10/21/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06082-FPG-MJP | Brock v. Logsdon et al | 01/31/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00159-EAW-LGF | Wyatt v. Kozlowski et al | 02/01/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06084-CJS | Curtis v. Town of Henrietta et al | 02/01/19   closed 02/12/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06085-CJS | Miller v. Orleans County, NY et al | 02/01/19   closed 05/21/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06096-CJS | Roy v. Cuomo et al | 02/04/19   closed 02/27/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06097-CJS | Roy v. Liu et al | 02/04/19   closed 03/26/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06091-EAW | Robinson v. Hallett et al | 02/04/19   closed 04/04/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06105-DGL | Baxter v. Bradley | 02/06/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00181-EAW | Chavis v. Skretny et al | 02/08/19   closed 06/28/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06117-DGL | Adams v. Annucci et al | 02/11/19   closed 08/02/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00190-JLS-HKS | Barrett v. Moody et al | 02/12/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06115-DGL | Baxter v. Martin | 02/12/19   closed 04/02/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00206-EAW-LGF | White v. Montesano, et al | 02/14/19 | 440(Civil Rights: Other) | AGAINST PAROLE OFFICER / DOCCS<br>Derek Scott Sells<br>The Cochran Firm<br>55 Broadway<br>23rd Floor<br>New York, NY 10006<br><br>Robert H. Perk<br>995 Elmwood Avenue<br>Buffalo, NY 14222 |

| | | | | |
|---|---|---|---|---|
| 1:19-cv-00211-LJV-HBS | Mingo v. Augustyn et al | 02/17/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06138-FPG | Jackson v. Doe et al | 02/19/19   closed 09/13/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06137-CJS | Gonzalez v. Cronin et al | 02/19/19   closed 09/30/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00221-LJV-MJR | D'Angelo v. City of Lockport et al | 02/21/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00223-EAW | Cucchiara v. Galpin | 02/21/19   closed 05/20/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00222-LJV | Rodriguez v. Monroe County et al | 02/21/19   closed 08/29/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00251-EAW-HKS | Kochan v. Kowalski et al | 02/26/19 | 440(Civil Rights: Other) | Pro Se |
| 6:19-cv-06155-DGL | Baxter v. Krusen et al | 02/28/19   closed 10/02/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00281-LJV-HKS | Epps v. City of Buffalo et al | 03/01/19 | 440(Civil Rights: Other) | Wrongful Conviction Case, Rob Rickner |
| 1:19-cv-00269-LJV | Grant v. United States of America et al | 03/01/19   closed 06/13/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00284-RJA | Nash v. Degal, et al | 03/04/19   closed 03/17/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06159-FPG | Andolina v. Coveny et al | 03/04/19   closed 03/21/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06158-CJS | Davis v. Annucci et al | 03/04/19   closed 11/05/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06164-FPG | Nersinger v. Social Security et al | 03/05/19   closed 05/14/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06161-FPG | Bolton v. Wayne Cox et al | 03/05/19   closed 08/04/20 | 440(Civil Rights: Other) | Pro Se |
| 6:19-cv-06165-FPG | White v. Crane et al | 03/06/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06182-DGL | Smallwood v. Wayne County et al | 03/12/19   closed 04/29/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00328-LJV-LGF | Clarke v. United States | 03/13/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06189-DGL-MJP | Wishart v. Welkley et al | 03/13/19 | 440(Civil Rights: Other) | Josh Moskovitz and Rob Rickner |
| 6:19-cv-06191-DGL | Parker v. Venettozzi et al | 03/14/19   closed 05/15/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06204-CJS | Owens v. Mousaw et al | 03/18/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06208-FPG | Reed v. Rudyk et al | 03/20/19   closed 06/11/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06221-EAW-MJP | Nelson v. Lisson et al | 03/21/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06210-CJS | Granger v. Spallding | 03/21/19   closed 05/07/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06226-CJS | Martinez et al v. Annucci et al | 03/26/19   closed 10/22/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00416-EAW | Flint v. Jun, et al | 03/29/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06233-EAW-MJP | Lawrence et al v. Village of Newark et al | 03/29/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06234-DGL | Strauss v. Kentucky Board Medical Licensure | 03/29/19   closed 08/01/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06242-CJS-MJP | Bagley v. New York State Police Department et al | 04/01/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00418-LJV | Gueye v. United States Postal Service et al | 04/01/19   closed 06/03/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06246-FPG | Overton v. Unknown New York State Agents et al | 04/02/19   closed 04/15/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00488-LJV | Overton v. Unknown New York State Agents et al | 04/02/19   closed 04/22/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06251-FPG-MJP | Monette v. Orchard | 04/04/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00440-JLS-JJM | Loomis et al v. Smith et al | 04/04/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06256-DGL | Ray v. Federal Bureau of Prisons | 04/04/19   closed 06/10/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06257-EAW-MJP | Reyes-Herrera v. Flaitz et al | 04/05/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00450-LJV | Sankara v. Searls et al | 04/08/19   closed 01/14/20 | 555(Habeas Corpus (Prison Condition)) | Pro Se |
| 6:19-cv-06269-DGL-MJP | Dublino v. Biegaj et al | 04/10/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06271-CJS | Negrito v. Warren et al | 04/10/19   closed 09/17/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00475-LJV | Mosquera v. Graham et al | 04/11/19   closed 12/11/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00478-WMS-HKS | Islam v. Ingersoll-Rand | 04/12/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06277-CJS | Rispers v. Attica Correctional Facility | 04/12/19   closed 03/11/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06280-FPG | Henry v. Annucci et al | 04/15/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06288-DGL | Strauss v. Kentucky Board of Medical Licensure | 04/17/19   closed 08/01/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00504-JLS-HBS | Kettle et al v. New York State Thruway Authority et al | 04/18/19   closed 06/03/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00514-EAW | Johnson v. The Buffalo Police Department, et al | 04/19/19   closed 01/14/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06292-CJS | Vail v. Rochester General Hospital et al | 04/19/19   closed 10/16/19 | 550(Prisoner: Civil Rights) | Pro Se |

| | | | | |
|---|---|---|---|---|
| 6:19-cv-06300-FPG | Sandford v. Nafus et al | 04/24/19   closed 05/02/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06309-DGL-MJP | Khrapko v. Splain et al | 04/26/19   closed 07/22/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00550-WMS-HKS | Rodriguez v. Noecker et al | 04/27/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06314-CJS | Sapp v. City of Geneva, New York et al | 04/29/19   closed 04/22/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00555-LJV | Banchs v. Noworyta, et al | 04/29/19   closed 10/16/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00556-LJV | Ball v. City of Rochester et al | 04/29/19   closed 11/01/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06310-DGL | Mulvihill v. Ontario County | 04/29/19   closed 12/06/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06333-CJS | Lainfiesta v. Searls et al | 05/06/19   closed 05/28/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06342-EAW | Murray v. Noeth et al | 05/07/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06337-FPG | Bolton v. Greczyn | 05/07/19   closed 01/29/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00591-LJV | Wilmer v. Albany County Police et al | 05/07/19   closed 11/15/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00608-LJV-JJM | West v. Turner et al | 05/10/19 | 550(Prisoner: Civil Rights) | APPOINTED COUNSEL: Joshua E. Dubs<br>37 Franklin Street<br>Suite 1110<br>Buffalo, NY 14202 |
| 1:19-cv-00613-GWC | Harris v. City of North Tonawanda et al | 05/13/19   closed 06/20/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06354-DGL-MJP | Dublino v. Wende Correctional Facility et al | 05/14/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06355-EAW | DeJesus v. Wyoming Correctional Facility et al | 05/14/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00634-JLS | Brown v. Ludtka, et al | 05/15/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00633-LJV-JJM | Harris v. Swaggard et al | 05/15/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06370-FPG-MWP | Zuccarino v. Town of Hector, New York et al | 05/20/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06371-CJS | Dawson v. Doe et al | 05/20/19   closed 03/18/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00666-LJV | Anderson v. Capra | 05/22/19   closed 06/21/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00673-WMS | Girard v. Howard et al | 05/23/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06390-DGL | Smith v. Kennedy et al | 05/24/19   closed 03/19/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06398-MAT | Jones v. Federal Bureau of Investigation | 05/29/19   closed 06/13/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06399-MAT | Jones v. Central Intelligence Agency | 05/29/19   closed 06/13/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06404-CJS-MWP | Smith v. The Village of Brockport et al | 05/31/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00719-EAW | Allen v. Searls et al | 06/03/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00718-LJV | Groves v. Strong Memorial Hospital et al | 06/03/19   closed 02/12/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00746-LJV | Kilgore v. Baxter, et al | 06/06/19   closed 06/18/20 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00766-JLS-LGF | McFadden v. Connors, et al | 06/10/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06426-EAW | Burdick v. Bath Central School District et al | 06/12/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06428-FPG-MJP | Kearse v. Kulikowski et al | 06/12/19 | 440(Civil Rights: Other) | Pro Se |
| 6:19-cv-06429-FPG-MJP | Kearse et al V. Aini et al | 06/12/19 | 440(Civil Rights: Other) | Pro Se |
| 6:19-cv-06431-FPG | Adams v. Ulster Correctional Facility et al | 06/13/19   closed 01/27/20 | 555(Habeas Corpus (Prison Condition)) | Pro Se |
| 6:19-cv-06433-FPG | Tolbert v. Rochester City School District et al | 06/13/19   closed 03/27/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06432-FPG | Almonte v. New York State et al | 06/13/19   closed 06/19/19 | 555(Habeas Corpus (Prison Condition)) | Pro Se |
| 1:19-cv-00802-JLS | Murray v. Hawley et al | 06/17/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06442-FPG | Whitley v. Cuomo et al | 06/17/19   closed 11/27/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06444-CJS | Womack v. Horan et al | 06/19/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 1:19-cv-00823-EAW | United States of America Relator Nyanchiew Sabat Gachgatwech v. Bommer et al | 06/20/19   closed 04/22/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |

| Case Number | Case Name | Filed | Closed | Nature of Suit | Notes |
|---|---|---|---|---|---|
| 1:19-cv-00814-LJV | Rickenbacker v. Department of Corrections and Community Supervision, et al | 06/20/19 | closed 07/23/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06449-FPG | Whitley v. Assistant District Attorney et al | 06/20/19 | closed 12/06/19 | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06453-FPG-MWP | Murray v. State of New York et al | 06/21/19 | | 550(Prisoner: Civil Rights) | Pro Se |
| 6:19-cv-06454-MAT | Robinson v. Foster | 06/21/19 | closed 12/11/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00843-GWC | Foster et al v. McCabe et al | 06/24/19 | | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06474-CJS | Bryant v. Monroe County et al | 06/25/19 | | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06480-CJS | Downey v. United States of America | 06/26/19 | closed 07/11/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06482-DGL | Havens v. James et al | 06/27/19 | closed 01/28/20 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 6:19-cv-06483-FPG | Miller v. Annucci et al | 06/27/19 | closed 07/13/20 | 555(Habeas Corpus (Prison Condition)) | Pro Se |
| 1:19-cv-00864-LJV | Crittenden v. Brady, et al | 06/28/19 | closed 09/16/19 | 440(Civil Rights: Other) | Does not involve an incarcerated person or the conditions of confinement in a prison. |
| 1:19-cv-00906-LJV | Adger v. Fischer | 07/09/19 | closed 05/07/20 | 555(Habeas Corpus (Prison Condition)) | Pro Se |
| 6:19-cv-06689-EAW | McGuire v. Inch et al | 09/18/19 | closed 10/23/19 | 560(Prisoner Petitions: Civil Detainee: Conditions of Confinement) | Pro Se |
| 1:19-cv-01529-JLS | Johnson v. New York State Department of Corrections & Community Supervision et al | 11/12/19 | | 555(Habeas Corpus (Prison Condition)) | Pro Se |
| 1:19-cv-01713-JLS | Hill v. Abrams et al | 12/27/19 | closed 01/16/20 | 555(Habeas Corpus (Prison Condition)) | Pro Se |