UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GEORGE WISHART,

                        Plaintiff,            **STIPULATED ORDER**

      -vs-

                                           **19-CV-6189-DGL-MJP**

PETER WELKLEY, et al.,

                        Defendants.
_____

IT IS HERE BY AGREED TO AND STIPULATED BY COUNSEL, AND ORDERED THAT:

1) All documents produced by Defense counsel pursuant to the Court's Order in Docket No. 67 (the "Documents") shall be produced to Plaintiff's counsel upon the Court so-ordering this stipulation.

2) Plaintiff's counsel shall treat all such documents as "attorney's eyes only" as defined by the confidentiality stipulation executed by the parties and so-ordered by the Court. (Docket No. 14).

3) The Documents shall be redacted only as to identifying information of the parties such as home address, date of birth, and social security number. Email addresses and phone numbers of the parties will not be redacted.

4) If Plaintiff's counsel seek to challenge any redaction or the designation of any document as attorney's eyes only, they shall inform Defense counsel of the challenge, including the basis for the challenge, within 60 days of their receipt of the Documents. If counsel do not reach an agreement as to the status of any designation or redaction, Plaintiff's counsel may then raise the issue with the Court for adjudication.

Dated:       November 16, 2020

Ordered:

_____
Hon. Mark W. Pedersen

\#
\#