UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**GEORGE WISHART,**

               *Plaintiff*,        **DECLARATION**

    -against-            **19-CV-6189**

**PETER WELKLEY, et al.**,

               *Defendants*.

**JAMES OPPERMAN**, pursuant to 28 U.S.C. §1746, declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. During the relevant period referenced in the Complaint I was a corrections sergeant at DOCCS. I am a Defendant in this action.

2. As part of discovery I was asked to send in all phones I possessed to the Attorney General's lab in White Plains. At the time I possessed one phone. I sent it in to the lab in February 2020. When I sent the phone in it was working. When it was returned to me it was damaged and not working. I still have the phone but it still does not work.

3. As part of this case I have been asked to provide login information for my email and social media accounts several times. I have always complied and provided the information.

Dated: November 20, 2020
       Lockport, New York

                                            _s/ James Opperman_
                                            **JAMES OPPERMAN**

## CERTIFICATE OF SERVICE

I certify that on November 20, 2020, I electronically filed the foregoing Declaration on behalf of the Served Defendants with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Joshua S. Moskovitz
   Bernstein Clarke & Moskovitz PLLC
   11 Park Place
   Suite 914
   New York, NY 10007

2. Robert Howard Rickner
   Rickner PLLC
   233 Broadway
   Suite 2220
   New York, NY 10279

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. n/a

LETITIA JAMES
Attorney General of the State of New York
Attorney for Served Defendants

 s/ Hillel Deutsch
HILLEL DEUTSCH
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
Hillel.Deutsch@ag.ny.gov