# EXHIBIT 2

**Subject:** Re: Wishart v. Welkley et al.
**Date:** Friday, April 9, 2021 at 3:49:18 PM Eastern Daylight Time
**From:** Joshua S. Moskovitz
**To:** Deutsch, Hillel
**CC:** rob

Hillel,

We're still awaiting this information in order to move ahead with e-discovery.  When can we expect to receive it?

**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (admission pending in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential.  If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

**From:** "Deutsch, Hillel" <Hillel.Deutsch@ag.ny.gov>
**Date:** Friday, March 26, 2021 at 6:17 PM
**To:** "Joshua S. Moskovitz" <josh@moskovitzlaw.com>
**Cc:** Rob Rickner <rob@ricknerpllc.com>
**Subject:** RE: Wishart v. Welkley et al.

Gentlemen,
Below is the list of phones in Defendants' possession from all Defendants except Swiatowy – I will provide his response as soon as it is received.  I have also temporarily put Rice's new phone as "current phone" – I will follow up with the make/model when that arrives.  I expect to get this information to you when I get back to the office on Tuesday.
Hillel

| Custodian | Device/Account |
|---|---|
| Bright | Samsung Galaxy S3 |
| Bright | LG V10 |
| Bright | iPhone X |
| Bright | Apple IPhone 11pro |
| Bright | iPhone 4 |

| Custodian | Device/Account |
|---|---|
| Maryanowski | Flip Phone - Verion LG |
| Maryanowski | iPhone 8 |

| Custodian | Device/Account |
|---|---|
| Opperman | Samsung Galaxy S |
| Opperman | Samsung 8 |

| Custodian | Device/Account |
|---|---|

| Palistrant | Samsung Galaxy S10 |
| --- | --- |

| Custodian | Device/Account |
| --- | --- |
| Rice | Current phone |
| Rice | Motorola XT1565 |

| Custodian | Device/Account |
| --- | --- |
| Soria | Galaxy S21 |
| Soria | Galaxy Note 5 |

| Custodian | Device/Account |
| --- | --- |
| Sullivan | Motorola Droid Turbo |
| Sullivan | Iphone 11 |

| Custodian | Device/Account |
| --- | --- |
| Welkley | LG G7 |

Hillel Deutsch
NYS Assistant Attorney General
144 Exchange Blv. Rochester, NY 14614
(585) 546-7430

**From:** Joshua S. Moskovitz <josh@moskovitzlaw.com>
**Sent:** Wednesday, March 24, 2021 3:44 PM
**To:** Deutsch, Hillel <Hillel.Deutsch@ag.ny.gov>
**Cc:** Rob Rickner <rob@ricknerpllc.com>
**Subject:** Re: Wishart v. Welkley et al.

[EXTERNAL]

Hillel,

Attached is a letter we received today from 4Discovery, and the spreadsheet referenced in the letter, listing the ESI sources that need to be re-collected.

When can we expect to receive a list of all of your clients' phones so we can complete the task of ESI collection?

**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (not admitted in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential. If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

**From:** "Joshua S. Moskovitz" <josh@moskovitzlaw.com>
**Date:** Thursday, March 18, 2021 at 10:56 AM
**To:** "Deutsch, Hillel" <Hillel.Deutsch@ag.ny.gov>
**Cc:** Rob Rickner <rob@ricknerpllc.com>
**Subject:** Wishart v. Welkley et al.

Hillel,
Pursuant to the Court's order yesterday, we need a list of all of your clients' phones so we can complete the task of ESI collection.

In the meanwhile, we have asked 4Discovery to prepare a list of "the devices and accounts that have not been properly collected so that the chosen ESI vendor can complete ESI collection in a forensically sound manner."  Order dated Jan. 29, 2021, p. 10.

Thank you,

**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (not admitted in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential.  If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.