# EXHIBIT 4

| | |
|---|---|
| **Subject:** | RE: Wishart v. Welkley et al. |
| **Date:** | Tuesday, April 13, 2021 at 1:01:22 PM Eastern Daylight Time |
| **From:** | Deutsch, Hillel |
| **To:** | Joshua S. Moskovitz |
| **CC:** | rob |

Swiatowy has an iphone 10S and Rice's previously unidentified phone is a Moto Z4.  Re the third tape from the disciplinary hearing, I've listened to the copy I have and it is blank as well. I'm checking with the facility.


Hillel Deutsch
NYS Assistant Attorney General
144 Exchange Blv. Rochester, NY 14614
(585) 546-7430

---

**From:** Joshua S. Moskovitz <josh@moskovitzlaw.com>
**Sent:** Monday, April 12, 2021 9:47 PM
**To:** Deutsch, Hillel <Hillel.Deutsch@ag.ny.gov>
**Cc:** rob <rob@ricknerpllc.com>
**Subject:** Wishart v. Welkley et al.

**[EXTERNAL]**
Please see attached.


**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (not admitted in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential.  If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.