# EXHIBIT 5

| | |
|---|---|
| **Subject:** | Wishart v. Welkley et al. |
| **Date:** | Friday, April 16, 2021 at 1:50:44 PM Eastern Daylight Time |
| **From:** | Joshua S. Moskovitz |
| **To:** | Deutsch, Hillel |
| **CC:** | rob, Wolfgang Wilke, Melody Haase, Nathan Binder |
| **Attachments:** | 4D2132- Wishart ESI Sources Letter_4-16-21[4].pdf |

Hillel,

Attached is a letter from 4Discovery listing the ESI sources that need to be collected or re-collected in a forensically sound manner. The next steps are as follows:

1. You need to provide 4Discovery mailing addresses for each of the defendants so 4Discovery can mail them collection kits for extracting data from phones they currently use.

2. You will need to arrange a conference call for a representative of 4Discovery to explain to your clients what they need to do to cooperate with the process.

3. You will need to arrange a time for each of your clients to speak with 4Discovery so they can set up the collection kit and connect their phone.

4. During that call, 4Discovery will collect log-in information for any applicable email, social media, Skype, WhatsApp, and iCloud accounts.

5. 4Discovery will then collect cloud-based data, at that time, your client will need to provide 4Discovery any 2-Factor Authorization codes that are required for 4Discovery to access the cloud-based account.

6. For certain social media accounts, 4Discovery will need to request a collection of the account data, which will take a day or two for the social media account to prepare. Your clients will receive an email when those collections are ready for download from their accounts and they will need to let 4Discovery know so that 4Discovery can log in and download the data file.

7. For the cell phones that your clients do not currently use, they will need to send those phones to 4Discovery by putting them in the collection kit when they return it. 4Discovery will mail the phones back when they are finished.

Please let us know promptly if you have any questions.

**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (admission pending in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential. If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*



April 16th, 2021

Mr. Joshua S. Moskovitz
Rickner PLLC
392 Central Avenue # 7083
Jersey City, New Jersey 07307

**RE: Wishart v Welkley - Collection of ESI Sources**

Mr. Moskovitz,

I reviewed the details about the ESI sources related to this matter and created an updated list of sources that need to be collected in a forensically sound manner whether because of a previously taken forensic image being incomplete, a previously taken data extraction not being authenticable, or because the evidence source was not provided for review:

1. Cedrik Soria
    a. Samsung Galaxy Note 5
    b. Samsung Galaxy S21
2. Edward Rice
    a. Motorola Droid Maxx 2
    b. Motorola Moto Z4
3. James Opperman
    a. Twitter Account
    b. Samsung Galaxy
    c. Samsung 8
4. Joseph Sullivan
    a. Facebook Account
    b. Google Account
    c. Instagram Account
    d. Motorola Droid Turbo
    e. iPhone 11
5. Michael Swiatowy
    a. Apple iPhone 8 (A1905)
    b. iPhone 10S
    c. Facebook Account
    d. iCloud Account
6. Paul Palistrant
    a. Facebook Account
    b. Samsung Galaxy S10
7. Peter Welkley
    a. LG G7

      b. Facebook Account
      c. Hotmail email Account
      d. Skype Account
      e. WhatsApp Account
8. Roy Bright
      a. Facebook Account
      b. iCloud Account
      c. iPhone 11 Pro
      d. iPhone X
      e. LG V10
      f. Samsung Galaxy S3
      g. Twitter Account
      h. iPhone 4
      i. Instagram Account
9. William Maryjanowski
      a. LG Flip Phone
      b. iPhone 8
      c. Facebook Account
      d. iCloud Account
      e. Yahoo Account

Best Regards,

*Nathan Binder* (signature)

Nathan Binder, CCME
4Discovery
312-924-5761 x23
Nate@4discovery.com