# EXHIBIT 11

```
 1                                                          1

 2      UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF NEW YORK
 3      ----------------------------X
        GEORGE WISHART,
 4
                     Plaintiff,
 5                                        No. 19-cv-6189
              vs.                         (MAT)(MJP)
 6
        Correction Officer PETER WELKLEY (in
 7      his individual capacity), Correction
        Officer CEDRIK SORIA (in his individual
 8      capacity), Correction Officer JOSEPH
        SULLIVAN (in his individual capacity),
 9      Correction Officer W. MARYJANOWSKI (in
        his individual capacity), Correction
10      Officer PAUL PALISTRANT (in his individual
        capacity), Correction Officer SWIATOWY
11      (in his individual capacity), Correction
        Officer MITHADRILL (in his individual
12      capacity), Correction Sgt. JAMES OPPERMAN
        (in his individual capacity), Correction
13      Sgt. EDWARD RICE (in his individual
        capacity), and Correction Lt. BRIGHT
14      (in his individual capacity),

15                   Defendants.
        ----------------------------X
16
        STATE OF NEW YORK
17      COURT OF CLAIMS
        ----------------------------X
18      GEORGE WISHART,

19                   Claimant,
                                          Claim NO. 129405
20           -against-

21      THE STATE OF NEW YORK,

22                   Defendant.
        ----------------------------X
23                                        May 12, 2021
                                          1:34 p.m.
24
        VIDEOCONFERENCE DEPOSITION OF TONY ANGIULO
25
```

```
 1                       Angiulo                      63
 2              MR. DEUTSCH:  You said here's the
 3          concept of the conversation and then
 4          you said who said that to you.  You are
 5          just working backwards the same thing.
 6              MR. MOSKOVITZ:  Again, there's a
 7          transcript of what was said, if this is
 8          objectionable.  I'll try my best.
 9          Q.  Mr. Angiulo, who was the
10      defendant that you needed to contact about
11      the problem with getting access to the cell
12      phone?
13              MR. DEUTSCH:  Again I'm object to
14          go that and instruct him.  You're
15          starting by saying here's the content
16          of the conversation you had and then
17          you are working backwards and saying
18          who was it.  That's a specific
19          communication.
20              MR. MOSKOVITZ:  If I in any way
21          described the content of the
22          conversation.  I asked him who was the
23          defendant he needed to contact about an
24          action, a need to access the phone
25          which he was carrying out pursuant to a
```

```
1                     Angiulo                    64
2         court order.
3                 But, all right, if that's your
4         objection, we'll take it up with the
5         judge.
6         Q.    Mr. Angiulo, did you need to
7    contact any of the defendants directly in
8    order though get access to any of their
9    social media accounts?
10        A.    Yes.
11        Q.    Did you have any trouble getting
12   in touch with any of the defendants in
13   terms of getting information that you
14   needed to access any of the social media or
15   email accounts?
16        A.    What do you mean by trouble?
17        Q.    Was there a defendant who didn't
18   return your calls or was there a defendant
19   who you didn't have an accurate phone
20   number for, that kind of thing, did you
21   have any difficulty getting in touch with
22   anyone to get information here?
23        A.    There may have been some that I
24   had to reach out to Hillel and have them
25   contact me or whatever.
```

```
 1                       Angiulo                    65
 2         Q.    Do you recall which defendant it
 3    is you are talking about?
 4               MR. DEUTSCH:  Again, objection.
 5         I'm going to instruct him not to answer
 6         that.
 7         Q.    Was it more than one defendant?
 8         A.    Yes.
 9         Q.    Was it more than two defendants?
10         A.    I don't think so.
11         Q.    So there were two defendants that
12    you had difficulty getting in touch with?
13         A.    That was good.  You figured that
14    out.
15         Q.    I have a minor in math and I'm
16    not being facetious when I say that,
17    actually, a minor in math and computer
18    science.  I decided my brain didn't work
19    quite that way.  Maybe that was a mistake.
20    Maybe it is.
21               Was there anywhere that you
22    documented what we were just talking about,
23    difficulty getting in touch with two
24    defendants?
25         A.    I don't believe so, no.
```

|   |   |   |
|---|---|---|
| 1 | Angiulo | 69 |

2  media in this case?
3       A.   Well, it was after the initial
4  collection.  Like I said earlier, I did the
5  social media twice, and after the first
6  time it was brought to my attention that
7  that was not sufficient.  So I had to redo
8  it in a different method.
9       Q.   Prior to that did Mr. Deutsch
10 ever ask if you had any experience with
11 what was being asked of you in this case?
12      A.   In relation to the social media?
13      Q.   Right in relation to social media
14 or collection of email or anything like
15 that?
16      A.   Most of the social media, I
17 mentioned that normally that's not how we
18 do this kind of thing.
19      Q.   Were there any times that you
20 were unable to get any information that you
21 needed from one of the defendants in order
22 to access one of their accounts?
23      A.   Yes.
24      Q.   Is that the time that you were
25 trying to access a Twitter account for

```
 1                    Angiulo              70
 2      James Opperman?
 3           A.    That was one of them.
 4           Q.    There were others?
 5           A.    Yes.
 6           Q.    How many others that you can
 7      recall?
 8           A.    At least one other, maybe two.
 9           Q.    Can you tell us which those were?
10                 MR. DEUTSCH:  I'm going to
11           instruct you not to answer.
12           Q.    Now, how did you try and get
13      access to Mr. Opperman's Twitter account
14      when you couldn't?
15           A.    I put in the ID, user ID and the
16      pass code, and it wouldn't allow me -- it
17      didn't let me in.  I don't remember
18      exactly.
19           Q.    Did you contact anyone regarding
20      that?
21           A.    Well, I contacted Hillel and then
22      arranged to have Mr. Opperman assist me.
23           Q.    And did that come to pass that
24      Mr. Opperman assisted you or not?
25           A.    Well, that's when he mentioned
```

```
1                      Angiulo                      78
2         if that's helpful?
3              A.    Yeah.
4              Q.    Can you see that on your screen,
5         the last entry?
6              A.    Yes.
7              Q.    And this is an entry dated June
8         15, 2020, right?
9              A.    Right.
10             Q.    It's referring to an iPhone 7?
11             A.    Right.
12             Q.    I don't want to mess up reading
13        your handwriting.  Although, it is easy to
14        read.  Well, it's your handwriting and
15        everyone's handwriting is their own
16        handwriting.  I got my own version.
17                   Would you do me a favor please
18        and read the notes on that last entry?
19             A.    The date 6/15/2020, my name,
20        "iPhone 7, no documentation.  IPhone 7
21        received from Michael Swiatowy, screen
22        damaged when powered up, screen showing
23        Hello, indicating it was reset."
24             Q.    Okay.  When you wrote no
25        documentation, what did you mean?
```

```
 1                      Angiulo                    79
 2          A.    There was no consent form.
 3          Q.    Why not?
 4          A.    You have to ask him.
 5          Q.    Did you ask him?
 6          A.    No, I did not.
 7          Q.    Did you contact Mr. Swiatowy to
 8    ask him what happened to that phone?
 9          A.    I believe I did.
10          Q.    What did he say?
11          A.    I don't recall.
12          Q.    Do you recall --
13          A.    Actually, I know I notified
14    Hillel but I don't know if I actually spoke
15    to him about the phone.  Basically, the day
16    I got the phone and I opened it up, I
17    e-mailed Hillel saying that the phone was
18    damaged.
19          Q.    Okay.  And how could you tell
20    that it had been reset?
21          A.    When it powered up, the screen
22    read Hello.  And then it would switch to
23    different languages like a phone that's
24    been reset.
25          Q.    Was there anyway for you to tell
```

```
 1                     Angiulo                    80
 2     when it had been reset?
 3          A.    No.
 4          Q.    Did you attempt to extract data
 5     from that phone?
 6          A.    No, I did not.
 7          Q.    Have you ever plugged a phone
 8     that's in that state where it looks like it
 9     has been reset into Cellebrite to see what
10     happens?
11          A.    No, I have not.
12          Q.    Okay.  I guess it goes without
13     saying from my previous question but did
14     you attempt to plug this phone into
15     Cellebrite?
16          A.    No.
17          Q.    Did you ever come to learn what
18     happened to that phone?
19          A.    You know, the way it came, it was
20     just in a manila envelope without any
21     bubble wrap or any type of protection.  So
22     it could have happened in transit, but I
23     don't know.
24          Q.    Did you ever hear that Mr.
25     Swiatowy indicated it was working when he
```

```
                        Angiulo                    81
1
2       sent it?
3            A.   No.  I never -- I don't recall,
4       to be honest.  I don't think this was his
5       current phone, though, so he didn't
6       really -- I seem to remember him indicating
7       that it was an old phone and he didn't
8       really care to work because he wasn't using
9       it.  I'm not positive if that transpired.
10           Q.   Do you know if any effort was
11      made to activate the phone so it could be
12      accessed to see if there was any residual
13      data on it?
14           A.   No.
15           Q.   Do you know if a phone that's
16      been reset, if it's set up again will still
17      have old data on it before it was reset?
18           A.   I don't believe that there would
19      be any data.  I don't believe that data
20      will survive a reset.
21           Q.   Do you know where that phone is
22      now?
23           A.   I sent it back to Mr. Swiatowy.
24           Q.   Okay.  Do you have any record of
25      sending that back to Mr. Swiatowy?
```

```
 1                          Angiulo                    100
 2       document and I'm going to scroll down, it
 3       indicates that this was a shipment to Mr.
 4       Swiatowy.
 5                   Is that what you understand it to
 6       be?
 7              A.   Yes.
 8              Q.   The delivery date is April 27 of
 9       2021.  Do you see that?
10              A.   Correct.
11              Q.   That was just a few weeks ago.
12                   Do you recall what you were
13       sending to Mr. Swiatowy recently?
14              A.   His phone that was inoperable.
15              Q.   Which one was that?
16              A.   The iPhone 7, I believe.
17              Q.   Okay.  So he should have that
18       iPhone 7?
19              A.   Correct.
20              Q.   Is there a reason that you had it
21       for so long?
22              A.   Just, you know, it was just an
23       oversight.  He didn't request it back
24       because it was, I don't believe it was his
25       current phone, and I overlooked it.
```