# EXHIBIT 13

**Subject:** Re: Wishart v. Welkley et al.
**Date:** Friday, May 14, 2021 at 10:42:26 AM Eastern Daylight Time
**From:** Deutsch, Hillel
**To:** Joshua S. Moskovitz
**CC:** rob

Fair enough. I have left a vm with Mr. Swiatowy.

---

**From:** Joshua S. Moskovitz <josh@moskovitzlaw.com>
**Sent:** Friday, May 14, 2021 9:24 AM
**To:** Deutsch, Hillel <Hillel.Deutsch@ag.ny.gov>
**Cc:** rob <rob@ricknerpllc.com>
**Subject:** Re: Wishart v. Welkley et al.

Hillel,

We understand and appreciate the need to take a vacation from work.  However, the issue with Mr. Swiatowy's ESI sources, and his iPhone 7 in particular, is a pressing matter that needs to be resolved before there is any more opportunity for further spoliation.  A phone call or email to Mr. Swiatowy should take care of that.  We will wait to write to the Court if you make your best effort to do that while you are on vacation.  If we haven't received confirmation by next Thursday that Mr. Swiatowy has scheduled his ESI collection and shipped his iPhone 7 to 4Discovery, we will ask the Court for appropriate relief.

**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (admission pending in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential.  If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

---

**From:** "Deutsch, Hillel" <Hillel.Deutsch@ag.ny.gov>
**Date:** Friday, May 14, 2021 at 9:36 AM
**To:** "Joshua S. Moskovitz" <josh@moskovitzlaw.com>
**Subject:** RE: Wishart v. Welkley et al.

I am out of the office on a preset vacation and will be returning on Wednesday.  I will address any issues when I return.

Hillel Deutsch
NYS Assistant Attorney General
144 Exchange Blv. Rochester, NY 14614
(585) 546-7430

---

**From:** Joshua S. Moskovitz <josh@moskovitzlaw.com>

**Sent:** Thursday, May 13, 2021 6:27 PM
**To:** Deutsch, Hillel <Hillel.Deutsch@ag.ny.gov>
**Subject:** Wishart v. Welkley et al.

**[EXTERNAL]**

Hillel,

Please see the attached correspondence.

**Joshua S. Moskovitz**
The Law Office of Joshua Moskovitz, P.C.
392 Central Avenue # 7083 | Jersey City, New Jersey 07307 | Tel. (201) 565-0961 (admission pending in New Jersey)
14 Wall Street, Suite 1603 | New York, New York 10005 | Tel. (212) 380-7040
josh@moskovitzlaw.com | www.moskovitzlaw.com

*This message is sent by an attorney and may contain information that is privileged or confidential.  If you have received this message in error, please do not read it, notify the sender, and delete the message and any attachments.*

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.