# EXHIBIT 14

**Subject:** Collection Status Update
**Date:** Friday, May 28, 2021 at 9:46:18 AM Eastern Daylight Time
**From:** Emily Bear
**To:** Deutsch, Hillel
**CC:** Joshua S. Moskovitz, rob, Wolfgang Wilke, Nathan Binder

Hi Hillel,

Here are updates on each custodian:

Custodians that have not returned Kits and collections are complete:

- Edward Rice, Completed the Collection on Friday, May 21st, Did not return kit
- Peter Welkley, Completed the Collection on Wednesday, May 12th, Damaged Phone Escalated, Did not return kit

Custodians that have Kits that collections aren't complete:

-  William Maryjanowski - Scheduled for Thursday June 3rd. Two Appointment Cancellations this week 5/24 - 5/28,  has collection kit
-  James Opperman - Never rescheduled after Friday, May 14 cancellation, Currently no Reschedule, has collection kit

Custodians that still have Kits where ongoing Technical issue are being troubleshot:

- Paul Palistrant - Recently failed Verification (No Call Logs extracted in Collection), rescheduling with the custodian to recollect Call Logs (First Phone Finished Fine, Second Phone had Call Log Issue)
- Cedrik Soria - Loose USB Port on Phone, Causes data connection to break and collection to fail. Moved to a secure location in his house where no one would touch it. Also sent him a cord with an extended USB Tip that is used for loose Ports to maintain a data connection. Collection restarted today at 10:00 AM EDT

Other Custodians:

- Michael Swiatowy - Never Scheduled Collection
- Roy Bright - Completed, Returned Kit
- Joseph Sullivan - Completed, Returned Kit

Please let us know if you have any further questions.

Best,
Emily

**Emily Bear**
*Operations Manager*



**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to providing you with the*

*highest quality service. If there's anything that we can do to support you during these times, please let me know.*



On May 27, 2021, at 13:38, Deutsch, Hillel <Hillel.Deutsch@ag.ny.gov> wrote:

Emily,
Can you let me know which phones/accounts you have not yet been able to access, and which Defendants who have not had their data downloaded yet are not currently scheduled to have a download done?
Thanks,
Hillel

Hillel Deutsch
NYS Assistant Attorney General
144 Exchange Blv. Rochester, NY 14614
(585) 546-7430