# EXHIBIT 15

**Project Name:** 4D02132: Wishart v Welkley et. al.

| CUSTODIAN | | | | |
|---|---|---|---|---|
| Last Name | First Name | Status | Collection Date | Notes |
| Soria | Cedrik | Booked | Wednesday May 19th 8am CST | In Progress, has kit |
| Rice | Edward | Complete | Friday May 21 9:45-10:45am CST | Completed Friday, May 21, Kit Returned and Recieved 5/28 |
| Swiatowy | Michael | pending | | Never scheduled |
| Palistrant | Paul | Booked | Monday May 10, 9:45-10:45am CST | In Progress - technical issue with phone, escalated and monitoring. |
| Bright | Roy | Complete | Tuesday, May 11, 11:45am – 12:45pm | Complete - Kit Returned |
| Welkley | Peter | Complete | Wednesday May 12 8-9:00am CST | Complete - escalated damaged device, has collection kit |
| Maryjanowski | William | Booked | Thursday June 3rd 9-10am CST | Two Appointment Cancellations this week 5/24 - 5/28, has collection kit |
| Opperman | James | pending | | Never rescheduled after Friday, May 14 cancellation, has collection kit |
| Sullivan | Joseph | Complete | Tuesday May 4th, 3:30-4:30pm CST | Completed, Kit Returned |

6/1/2021 10:22:31