# EXHIBIT 16

| | |
|---|---|
| **From:** | Emily Bear |
| **To:** | |
| **Cc:** | Deutsch, Hillel; Joshua S. Moskovitz; rob; Wolfgang Wilke |
| **Subject:** | Your Remote Collection |
| **Date:** | Friday, May 21, 2021 9:19:21 AM |

**[EXTERNAL]**

Hello Mr. Swiatowski.

Thanks for reaching out- as a reminder from the email sent to you by counsel, your remote collection of your devices requires the following:

1. A remote collection kit to be sent to your address
2. A time scheduled in advance (so we can send you the kit for the collection time)

You scheduled an appointment with 4 hours advanced notice. I'd be happy to help you arrange a time directly over this email chain with the counsels cc'd if that is easier.

Thank you,
Emily

**Emily Bear**
*Operations Manager*



**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to providing you with the highest quality service. If there's anything that we can do to support you during these times, please let me know.*

