# EXHIBIT 17

**Subject:** Re: Remote Collection Scheduling

**Date:** Friday, May 14, 2021 at 4:03:04 PM Eastern Daylight Time

**From:** Emily Bear

**To:** mrgiggles20

**CC:** Deutsch, Hillel, rob, Joshua S. Moskovitz, Wolfgang Wilke

Hi Mr. Opperman,

What is the best number to reach you?

Best,
Emily

**Emily Bear**
*Operations Manager*



**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to providing you with the highest quality service. If there's anything that we can do to support you during these times, please let me know.*

> On May 14, 2021, at 14:22, mrgiggles20 ███████████ wrote:
>
> I put the pound at the end of it on the phone call.  No matter.   Im available the rest of the day
>
> -------- Original message --------
> From: Emily Bear <emily@4discovery.com>
> Date: 5/14/21 3:18 PM (GMT-05:00)
> To: mrgiggles20 ███████████
> Cc: "Deutsch, Hillel" <Hillel.Deutsch@ag.ny.gov>, "Joshua S. Moskovitz" <josh@moskovitzlaw.com>,
> rob <rob@ricknerpllc.com>, Wolfgang Wilke <wolf@4discovery.com>
> Subject: Re: Remote Collection Scheduling
>
> Hi Mr Opperman,
>
> Sorry to hear you had difficulties joining the collection time. It looks like you were missing the "#" at
> the end of your code from the screen shot you provided.
>
> When are you available to reschedule? We can have someone call you directly if schedules line up.
>
> Thanks,
> Emily
>
> **Emily Bear**

*Operations Manager*

**4Discovery**

**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to providing you with the highest quality service. If there's anything that we can do to support you during these times, please let me know.*



---

On May 14, 2021, at 14:15, mrgiggles20█████████████ wrote:

I tried both video and phone and both said the code is wrong.
<HEV_1621019703485.jpg>

-------- Original message --------
From: Emily Bear <emily@4discovery.com>
Date: 5/14/21 2:08 PM (GMT-05:00)
To: mrgiggles20█████████████
Cc: "Deutsch, Hillel" <Hillel.Deutsch@ag.ny.gov>, "Joshua S. Moskovitz" <josh@moskovitzlaw.com>, rob <rob@ricknerpllc.com>, Wolfgang Wilke <wolf@4discovery.com>
Subject: Re: Remote Collection Scheduling

Hi Mr Opperman,

We have our examiner, Wolf on the google meet waiting for you to join to start your collections.

Mobile Remote Collection Kick Off: James Opperman
Friday, May 14 · 1:00 – 2:00pm CST
Google Meet joining info
Video call link: https://meet.google.com/bte-eanv-zfe
Or dial: (US) +1 225-434-0385 PIN: 754 770 125#
More phone numbers: https://tel.meet/bte-eanv-zfe?pin=5434682668991

Best,
Emily

**Emily Bear**
*Operations Manager*

**4Discovery**

**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to
providing you with the highest quality service. If there's anything that we can do to
support you during these times, please let me know.*



On May 3, 2021, at 20:54, Emily Bear <emily@4discovery.com> wrote:

Mr. Opperman,

As outlined in the email from counsel- we will be sending you a remote
collection kit with tools for our examiners to use to collect your devices.
The time you select will be the time you join our examiner on a call (a
google meet) to kick off the collections.  After the collection has started,
you will not be able to use your devices until they have finished.  I've
added the email below for reference that outlines the steps of the remote
collection.

"During the collection time, you will not be able to use your
devices while they are being collected, so please take that
into consideration when scheduling.

Once you have confirmed your collection time frame, a
package from Wolfgang Wilke, the project leader at
4Discovery, will be sent to the location you provided.
This package from FedEx will contain a remote collection
kit, including an external hard drive, cables, and the
equipment needed to preserve your data. You will need to
be present to accept the package as adult signature is
required.

At the time of the collection, a 4Discovery examiner will
contact you at Google Meet link provided.  Please be
prepared for the collection process by:

- Have available all account user names and
  passwords for items being collected
- All devices are powered on, fully charged,  and
  plugged in

The length of time to complete the collection will vary
based on amount of data and number of devices/accounts
being collected.

Once the collection process is complete, please re-
package the remote collection kit along with any cables or
external devices that were include and return to

4Discovery using the shipping label sent with the kit.  If any of your devices are non-functioning, include those items in the return package for 4Discovery to complete a phsical inspection of the devices.  These items will be returned to you once the inspection is complete.

If you have any questions about this process, please contact your counsel to set up a call with 4Discovery in advance of your scheduled collection time."

I'll go ahead and schedule you for **Friday May 14th at 1PM CST/2PM EST,** and will follow up with a calendar invitation to use at the time of the collection.

We will be sending the remote collection kit to the address: *130 grant street lockport ny 14094*

Best,
Emily

**Emily Bear**
*Operations Manager*

**4Discovery**

**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to providing you with the highest quality service. If there's anything that we can do to support you during these times, please let me know.*



On May 3, 2021, at 17:16, mrgiggles20 ████████████████ wrote:

I thought i had done it but then it came back as canceled by you guys.  I can do ANY day in the afternoon.  My sleep schedule is backwards and I'm usually up around noon. Aren't you supposed to be SENDING a kit? Meaning:  i was told in wouldn't have to actually interact with anyone. Lemme know what date/time you've picked.

-------- Original message --------
From: Emily Bear <emily@4discovery.com>

Date: 5/3/21 4:57 PM (GMT-05:00)
To: █████████████████
Cc: "Deutsch, Hillel" <Hillel.Deutsch@ag.ny.gov>, "Joshua S.
Moskovitz" <josh@moskovitzlaw.com>, Wolfgang Wilke
<wolf@4discovery.com>
Subject: Remote Collection Scheduling

Hello Mr. Opperman,

I'm reaching out to see if you'd been able to set up a time
the the bookings link to have your remote collection started?
I noticed some activity on our site from you, but hadn't seen
a booking come through. I've updated our availability for you
below, and will hold those slots for you if any of those times
work:

Friday May 7th: 8am CST-7pm CST
Tuesday May 11th: 12pm CST-7pm CST
Friday May 14th: 8am CST - 7pm CST

Please let me know if you have any other questions- I'll await
your response for a time that works best to kick off our
collection.

Thank you,
Emily

**Emily Bear**
*Operations Manager*



**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and
4Discovery is still committed to providing you with the highest
quality service. If there's anything that we can do to support
you during these times, please let me know.*