# EXHIBIT 19

| | |
|---|---|
| **Subject:** | Re: Your booking starts in 1 hour |
| **Date:** | Monday, May 24, 2021 at 10:43:34 AM Eastern Daylight Time |
| **From:** | Emily Bear |
| **To:** | Maryjanowski William |
| **CC:** | Nathan Binder, Deutsch, Hillel, Joshua S. Moskovitz, rob |

Hi Bill,

Thanks for the note- as outlined in your booking email from counsel- at your scheduled time we will need you to be with your remote collection kit that has been delivered and signed for at the address you provided, and you are expected to join a call with our forensic examiner to start the work.

Is there a time that works better for you today? Or a different time this week?
Thank you,
Emily

**Emily Bear**
*Operations Manager*



**O:** (312) 924-5761 ext. 20
**M:** (630) 702-9414
**E:** emily@4discovery.com
**A:** 215 N Green St, Chicago, IL 60607

*The world we live in is experiencing dramatic change, and 4Discovery is still committed to providing you with the highest quality service. If there's anything that we can do to support you during these times, please let me know.*



> On May 24, 2021, at 09:17, Maryjanowski William ███████████████ wrote:
>
> What actually do I have to do? I will be on the road!! Please advise!! Thank you, Bill
>
> Sent from Yahoo Mail for iPhone
>
> On Monday, May 24, 2021, 10:00 AM, 4Discovery <service@tidycal.com> wrote:

**Booking Reminder**

Hello William J.Maryjanowski!

Just a reminder your booking is in an hour.

Mobile Remote Collection Kick Off
With: 4Discovery
Date: May 24, 2021
Time: 12:00 PM
Timezone: America/New_York

Thanks,
4Discovery

TidyCal