UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**GEORGE WISHART,**

|  |  |
|---|---|
| *Plaintiff,* | **DECLARATION OF MICHAEL SWIATOWY** |
| -against- | **19-CV-6189** |

**PETER WELKLEY, et al.**,

*Defendants*.

---

**MICHAEL SWIATOWY**, pursuant to 28 U.S.C. §1746, declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.      I am a Defendant in the above-captioned proceeding.

2.      Over the course of this litigation, I have been asked to produce my phone and personal data for collection on five separate occasions.  I have complied all five times.

3.      I received an email from my lawyer on April 20th, 2021, giving me instructions on how to sign up for an appointment with 4Discovery to extract the data from my phones and accounts.

4.      When I received the email I was about to go on vacation and would not return until May 3rd.

5.      By the time I returned from vacation I had simply forgotten about the 4Discovery collection. I apologize for that oversight but it was not intentional. Two and a half weeks later, on May 21st, I received a reminder, and immediately signed up for an appointment.

6.      I received an email response later that day saying my booking had been canceled, and that the process required a remote collection kit which would be sent to my address, after which I would schedule an appointment.

7.     I waited for the kit to arrive.  It did not come.

8.     On June 10th, 2021, I received an email from 4Discovery explaining that they did not have my correct mailing address.  I provided it, and promptly scheduled the appointment as soon as I received the kit.

9.     I provided all my data to 4Discovery, as I had done every time I have been asked to provide my data in this litigation.

10.    This included an iPhone 7 which was broken and I had not used since at least 2017.  The screen was severely cracked and it did not work.

11.    I do not know the technical details of why it did not work.

12.    When I sent in the iPhone to the Attorney General's IT tech in White Plains, I was informed it had been reset. That was the first I heard of my phone being reset.  I did not intentionally reset the phone at any point. I may have unintentionally reset it in 2017 when it broke.

13.    Since 2017, I have not touched the phone in any way other than to send it to White Plains and to hook it up to 4Discovery's equipment.

14.    I have always complied with the Court's orders to the best of my ability. At no time did I intentionally act in any way to defy or refuse to follow a Court order.

Dated:  August 4, 2022
        Attica, New York


                         s/ Michael Swiatowy
                         MICHAEL SWIATOWY

**CERTIFICATE OF SERVICE**

I certify that on August 8, 2022, I electronically filed the foregoing Declaration of

Swiatowy on behalf of the Served Defendants with the Clerk of the District Court using

CM/ECF system, which sent notification of such filing to the following:

1.   Joshua S. Moskovitz
     Bernstein Clarke & Moskovitz PLLC
     11 Park Place
     Suite 914
     New York, NY 10007

2.   Robert Howard Rickner
     Rickner PLLC
     233 Broadway
     Suite 2220
     New York, NY 10279


And, I hereby certify that I have mailed, by the United States Postal Service, the document to the

following non-CM/ECF participant(s):

1.   n/a


LETITIA JAMES
Attorney General of the State of New York
Attorney for Served Defendants

 s/ Hillel Deutsch
HILLEL DEUTSCH
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
Hillel.Deutsch@ag.ny.gov