

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
ROCHESTER REGIONAL OFFICE

October 14, 2022

**Via CM/ECF**

Hon. David G. Larimer  
District Court Judge, WDNY  
100 State St.  
Rochester, NY 14614

    **Re: George Wishart v. Welkley, et al., 19-CV-6189**

Dear Judge Larimer:

  Yesterday, the Court scheduled a hearing in the above-referenced matter for November 15th.  I spoke with one likely witness, Michael Swiatowy.  He informed me that he will be moving to Florida in early November.  I respectfully request that Mr. Swiatowy be permitted to testify via zoom or telephonically under these circumstances.

          Very truly yours,

          *s/ Hillel Deutsch*  
          HILLEL DEUTSCH  
          Assistant Attorney General

HD:kj  
cc: Joshua S. Moskovitz, Esq. (via CM/ECF)  
   Robert Howard Rickner, Esq. (via CM/ECF)