# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

December 27, 2022

**Via ECF**

Hon. David G. Larimer
United States District Judge
Western District of New York
100 State Street
Rochester, New York 14614

    Re:    *Wishart v. Welkley et al.*, Case No. 19-cv-6189 (DGL) (MJP)

Your Honor,

We represent Plaintiff George Wishart in the above-captioned matter and we write to request a brief extension of the time to respond to the Court's inquiry regarding the admissibility of certain key materials, per the Order at the November 3, 2022 Conference, Dkt. No. 124.

Due to vacations, and preparations for the now January 5, 2023 contempt hearing, Plaintiff's respectfully request a two-week adjournment of the time to respond to the Court's inquiry, currently scheduled for December 29, 2022. The deadline, if the extension is granted, will be January 12, 2023. This is the first request to extend this deadline.

Respectfully,

  /s/

Rob Rickner
RICKNER PLLC

Joshua S. Moskovitz
THE LAW OFFICE OF JOSHUA MOSKOVITZ