

MANAGING PARTNERS
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.

July 28, 2023

**BY ECF and EMAIL**

Hon. Mark W. Pedersen
United States Magistrate Judge
Western District of New York
100 State Street
Rochester, New York 14614
pedersen@nywd.uscourts.gov

        Re:    *Wishart v. Welkley* et al., Case No. 19-cv-06189 (DGL) (MJP)

Your Honor,

      I write as one of Plaintiff's counsel to request an extension of the current deadlines for completing discovery and filing dispositive motions. The current deadlines are, respectively, July 31 and September 29. *See* Dkt. 150. The parties jointly request these deadlines be extended until September 29 and November 30. We make this request because the parties were unable to complete Plaintiff's deposition on July 13, when it was originally scheduled, due to a technical difficulty on Plaintiff's end with accessing the virtual deposition platform. The next available date when all counsel are available to complete the deposition (including the State's counsel in the related Court of Claims case) is August 29, and the parties have agreed to conduct the deposition on that date. We ask that deadline to complete discovery be adjourned until September 29 so that the parties will have a reasonable window of time following the completion of Plaintiff's deposition to conduct any remaining discovery that may be needed.

      We appreciate the Court's time and attention to this request.

                                                     Respectfully,

                                                   Joshua S. Moskovitz

cc:    All Counsel of Record (by ECF)